**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Phylicia Horton, Appellant,

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2014-000072

———————————

Appeal From Dillon County
Salley Huggins McIntyre, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-328
Submitted August 25, 2014 – Filed August 29, 2014

———————————

**AFFIRMED**

———————————

Sally Ward Peace, of Sally Ward Peace, P.A., of Conway, for Appellant.

John D. McInnis, Jr., of John D. McInnis, Jr., Attorney at Law, of Dillon; and Scarlet Bell Moore, of the Law Office of Scarlet Bell Moore, of Greenville, for Respondent.

Janet Dawn Altman Byrd, of Dillon, for Guardian ad Litem.

_____

**PER CURIAM:** Phylicia Horton appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.